AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Jo Lynette Leidecker,
Michael Henry Leidecker

Plaintiffs,

V.

Nye County, Anthony L. DeMeo, Terry Rising, Gregory Arms, Jesse Martinez

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:14-cv-00736-RFB-CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiffs shall recover from Defendants judgment in the amount of $225,000.00, inclusive of all costs and attorneys fees.

September 13, 2016

Date

/s/ Lance S. Wilson

Clerk

/s/ M. Morrison

(By) Deputy Clerk